IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHAWN MATHIS GILLIAM,**

    **Plaintiff,**

**v.**                                                 Case No. 1:22-cv-188-AW-MJF

**NORTH FLORIDA EVALUATION AND
TREATMENT CENTER,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's December 13, 2022 Report and Recommendation, ECF No. 9, to which there has been no objection. I have determined the Report and Recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "This action is dismissed without prejudice for failure to comply with court orders, failure to prosecute, and failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on January 13, 2023.

                                                  s/ *Allen Winsor*
                                                  United States District Judge